[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 359.]

THE STATE EX REL. HOLT, APPELLANT, *v.* ST. ELIZABETH MEDICAL CENTER ET AL., APPELLEES.

[Cite as *State ex rel. Holt v. St. Elizabeth Med. Ctr.*, 1998-Ohio-79.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-1848—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD11-1427.

————————————

*Michael J. Muldoon*, for appellant.

*Dinsmore & Shohl, P.L.L., Joan M. Verchot* and *Kim Wilson Burke*, for appellee St. Elizabeth Medical Center.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*, Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————